IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02397-ZLW

JERRY MLK McNEILL,

    Plaintiff,

v.

OFFICER DAWN SCHMIDT #2767,
COLORADO SPRINGS POLICE DEPARTMENT,
THE STATE OF COLORADO,
EL PASO COUNTY, and
THE CITY OF COLORADO SPRINGS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 9 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's Second Amended Complaint filed on February 3, 2006, will not be considered because this action was dismissed by order filed on February 1, 2006. Plaintiff's request for clarification, which he makes in a letter to the Court filed on February 7, 2006, is DENIED as moot because this action has been dismissed.

Dated: February 9, 2006

Copies of this Minute Order mailed on February 9, 2006, to the following:

Jerry MLK McNeill
El Paso County Det. Facility
2739 Eas Las Vegas
Colorado Springs, CO 80906

Jerry MLK McNeill
1303 N. Nevada Ave., Apt. 29
Colorado Springs, CO 80903

                                                Secretary/Deputy Clerk